## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

JAMES R. SPENCER  
CHIEF JUDGE

September 6, 2011

David A. Searles  
Donovan Searles LLC  
1845 Walnut St. Ste. 1100  
Philadelphia, PA 19103

Lucius James Wallace  
Humphreys Wallace Humphreys  
1724 E. 15th Street  
Tulsa, OK 74104

R. Richard Love, III  
Conner & Winters, LLP  
1 Williams Center, Rm. 4000  
Tulsa, OK 74172

RE: <u>3:11CV505</u>  
<u>O'Neal Henderson, et al. v. Hireright Solutions, Inc.</u>

TO COUNSEL OF RECORD:

This office is in receipt of the above-styled matter which was transferred to this Court. The new civil case number is listed above.

Enclosed is a copy of our Local Rule 83.1 which indicates that local counsel must be obtained in our court. If you should have any further questions, please do not hesitate to contact this office.

Very truly yours,

Clerk's Office  
U.S. District Court